**EXHIBIT "G"**

**(UNAUDITED BALANCE SHEET AS OF 8/31/2017)**

8:51 PM
09/01/17
Accrual Basis

# Heritage Green
# Balance Sheet
### As of August 31, 2017  (unaudited)

|  | Aug 31, 17 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       101.000 · CASH-WACHOVIA | 62.38 |
|     **Total Checking/Savings** | 62.38 |
|     **Other Current Assets** | |
|       121.000 · DUE FROM PUBLE | 462,554.00 |
|       122.000 · DUE FROM SCOTIA VALLEY | 583,218.18 |
|       123.000 · DUE FROM POWELL'S LANDING | 20,000.00 |
|       125.001 · CAP CONTRIB REC-LAPAS, LC | 2,000.00 |
|       125.002 · CAP CONTRIB REC-BLAZEC | 8,000.00 |
|       **130.000 · GENERAL** | |
|         130.001 · WIP-GENERAL-LAND COSTS | 13,789,258.21 |
|         130.002 · WIP-GENERAL-LAND DEV | 6,258,754.39 |
|         130.005 · WIP-GENERAL-MKTG COSTS | 155,675.79 |
|         130.006 · WIP-GENERAL-FINANCE COSTS | 966,852.72 |
|         130.007 · WIP-GENERAL-RE TAX COSTS | 3,641,853.24 |
|         130.008 · WIP-GENERAL-INTEREST | 16,544,026.34 |
|       **Total 130.000 · GENERAL** | 41,356,420.69 |
|       **131.000 · PHASE 1** | |
|         131.002 · WIP-PHASE 1A-LAND DEV | 375,344.82 |
|         131.007 · WIP-PHASE 1A-RE TAX COSTS | 290,855.32 |
|         132.002 · WIP-PHASE 1B-LAND DEV | 113,860.82 |
|         133.002 · WIP-PHASE 1C-LAND DEV | 172,904.20 |
|         134.002 · WIP-PHASE 1D-LAND DEV | 100,601.14 |
|       **Total 131.000 · PHASE 1** | 1,053,566.30 |
|       **135.000 · PHASE 2** | |
|         136.002 · WIP-PHASE 2A-LAND DEV | 126,154.48 |
|         137.002 · WIP-PHASE 2B-LAND DEV | 725.00 |
|         138.002 · WIP-PHASE 2C-LAND DEV | 725.00 |
|         139.002 · WIP-PHASE 2D-LAND DEV | 725.00 |
|         140.002 · WIP-PHASE 2E-LAND DEV | 725.00 |
|         141.002 · WIP-PHASE 2F-LAND DEV | 725.00 |
|         142.002 · WIP-PHASE 2G-LAND DEV | 725.00 |
|       **Total 135.000 · PHASE 2** | 130,504.48 |
|       **143.000 · PHASE 3** | |
|         144.002 · WIP-PHASE 3-LAND DEV | 13,035.24 |
|       **Total 143.000 · PHASE 3** | 13,035.24 |
|       146.002 · WIP-GOLF COURSE-LAND DEV | 537,746.06 |
|       147.002 · WIP-PUMP STATION-LAND DEV | 150,105.78 |
|       148.002 · WIP-ROSEWICK RD-LAND DEV | 103,092.43 |
|       149.002 · WIP-MD RT 6 IMPROV-LAND DEV | 10,999.89 |
|       150.001 · WIP-LAPLATAT PKWY-LAND COSTS | 502,478.39 |
|       150.002 · WIP-LAPLATA PKWY-LAND DEV | 238,079.59 |
|       151.002 · WIP-ON-SITE SEWER-LAND DEV | 78,908.30 |
|       152.001 · WIP-OFF-SITE SEWER-LAND COSTS | 323,071.61 |
|       152.002 · WIP-OFF-SITE SEWER-LAND DEV | 279,758.13 |
|       155.000 · REFUNDABLE DEPOSITS | 1,400.00 |
|       156.000 · PREPAID EXPENSES | 38,369.54 |
|     **Total Other Current Assets** | 45,893,308.61 |
|   **Total Current Assets** | 45,893,370.99 |
|   **Other Assets** | |
|     170.000 · ORGANIZATION COSTS | 467.20 |
|   **Total Other Assets** | 467.20 |
| **TOTAL ASSETS** | **45,893,838.19** |

**8:51 PM**
**09/01/17**
**Accrual Basis**

# Heritage Green
# Balance Sheet
### As of August 31, 2017  (unaudited)

|  | Aug 31, 17 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · Accounts Payable | 12,922.75 |
|       **Total Accounts Payable** | 12,922.75 |
|       **Other Current Liabilities** | |
|         215.000 · ACCRUED INT PAYABLE | 1,337,605.03 |
|         216.000 · ACCD INT PAY (PL/CLAYTON) | 910,034.18 |
|         225.000 · DUE TO SHAREHOLDERS | 621,319.63 |
|         225.001 · DUE TO SHAREHOLDERS (NYCB INT) | 125,363.63 |
|         226.000 · DUE TO PL (CLAYTON FOUNDATION) | 4,882,448.44 |
|         227.000 · DUE TO CLAYTON FOUNDATION | 1,762,021.07 |
|         228.000 · DUE TO DABCEY | 4,030,683.86 |
|         229.000 · DUE TO ANANDARKO | 5,857,331.83 |
|         230.000 · DUE TO GP HOMES | 10,840,015.17 |
|         231.000 · DUE TO PUBLE | 21,671.38 |
|         235.000 · NOTE PAYABLE-NYCB-A&D | 15,500,000.00 |
|       **Total Other Current Liabilities** | 45,888,494.22 |
|     **Total Current Liabilities** | 45,901,416.97 |
|   **Total Liabilities** | 45,901,416.97 |
|   **Equity** | |
|     301.001 · CAPITAL-LAPAS, LC | 2,000.00 |
|     301.002 · CAPITAL-BLAZEC | 8,000.00 |
|     Net Income | -17,578.78 |
|   **Total Equity** | -7,578.78 |
| **TOTAL LIABILITIES & EQUITY** | 45,893,838.19 |